UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-2406-CAS(JCx) | Date | May 9, 2012 |
|---|---|---|---|
| Title | KRISHNA REDDY v. WEBMEDX, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

This action has been transferred to this District from the Middle District of Tennessee on March 20, 2012.  The plaintiff in the above-referenced action has been designated as a Vexatious Litigant in the Central District of California, and is proceeding *Pro Se*.  Any new action brought by the plaintiff, in pro per, is ordered to post a bond in the amount of $5,000.00 and obtain a Court order allowing her to file the subject pleading.

The Court is in receipt of numerous returned mail addressed to the plaintiff, Krishna Reddy.  Pursuant to Local Rule 41-6, a party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 25, 2012** why this action should not be dismissed for lack of prosecution, failure to post a bond in the amount of $5,000.00, and failure to file a Notice of Change of Information (ie, address, telephone, etc.).

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Please review our website for Judge Snyder's Procedures at:  www.cacd.uscourts.gov.

If a party in the action is appearing  *pro se*.  The court has authorized a clinic to assist such litigants.  It is entitled "The Pro Se Clinic" and is located on the fifth floor of the United States Courthouse at 312 N. Spring Street, California 90012.  The court's website has additional information.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |