UNITED STATES DISTRICT COURT  "O"
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-2406 CAS (JCx) | Date | July 27, 2012 |
|---|---|---|---|
| Title | KRISHNA REDDY v. WEBMEDX, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants

Not Present                           Not Present

**Proceedings:** **(In Chambers) ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH VEXATIOUS LITIGANT PREFILING REQUIREMENTS**

**PLAINTIFF'S APPLICATION TO FILE PLEADINGS AND OTHER DOCUMENTS ELECTRONICALLY** (filed 6/4/2012)

## I.     INTRODUCTION

On December 23, 2010, *pro se* plaintiff Krishna Reddy commenced the instant action in the Middle District of Tennessee. By order dated March 13, 2012, the Tennessee district court adopted the magistrate judge's report and recommendation to transfer the action to this Court.

In this district, plaintiff has been declared a vexatious litigant by order dated June 18, 2003. See Dkt. No. 117, Exh. A. The order requires plaintiff to post a $5,000.00 bond and obtain a Court order permitting her to file any actions against any defendants. The Ninth Circuit affirmed the decision to declare plaintiff a vexatious litigant because "the order [is] narrowly tailored, based upon a clear record of prior frivolous filings, and entered after Reddy filed objections to the magistrate judge's report and recommendation." Reddy v. Alicemarie H. Stotler, 114 Fed. Appx. 905, 905 (9th Cir. 2004).

Accordingly, on May 9, 2012, the Court ordered plaintiff to show cause why the instant action should not be dismissed for failure to comply with the vexatious litigant order. Dkt. No. 114. Plaintiff filed a response on May 25, 2012, in which she asserts that the vexatious litigant order is "illegal" and "void on its face." Dkt. No. 115 at 2–3. Plaintiff's arguments are unavailing, see Reddy, 114 Fed. Appx. at 905, and she has yet to comply with the prefiling requirements.

UNITED STATES DISTRICT COURT  "O"
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **JS-6**

| Case No. | CV 12-2406 CAS (JCx) | Date | July 27, 2012 |
|---|---|---|---|
| Title | KRISHNA REDDY v. WEBMEDX, INC.; ET AL. | | |

Accordingly, the case is hereby DISMISSED WITHOUT PREJUDICE until such time plaintiff complies with the prefiling vexatious litigant order.

Plaintiff's request to file documents electronically using the Court's CM/ECF system is DENIED. Plaintiff must file and serve all documents manually.

IT IS SO ORDERED.

|   |   | 00 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer |   | CMJ |   |