UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 12-2406-CAS(JCx) | Date | September 12, 2012 |
|---|---|---|---|
| Title | KRISHNA REDDY V. WEBMEDX, INC. ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants

Not Present                         Not Present

**Proceedings:** (**In Chambers:**) PLAINTIFF'S MOTION TO DISQUALIFY ALL THE JUDGES OF THE CENTRAL DISTRICT EXCEPT FOR THE HONORABLE VIRGINIA A. PHILLIPS (Docket #123, Filed August 27, 2012)

(**In Chambers:**) PLAINTIFF'S MOTION TO SET ASIDE AND VACATE ALL PRIOR RULINGS, ORDERS AND JUDGMENTS FILED IN THE CASE AND TO RESTORE STATUS QUO TO THE CASE, AND TRANSFER THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA (Docket #123, Filed August 27, 2012)

## I.     INTRODUCTION AND BACKGROUND

The Court finds these motions appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing date of October 15, 2012 is vacated, and the matters are hereby taken under submission.[1]

Before the Court is plaintiff Krishna Reddy's motion to disqualify all the judges in the Central District of California except Judge Phillips, plaintiff's motion to set aside and vacate all prior rulings in this case under 28 U.S.C. § 455(a) & (b), and plaintiff's motion

---

[1] Because plaintiff has sought to disqualify all judges of the Central District of California except Judge Phillips, compliance with Local Rule 83–1.1 and General Order No. 224 4.0 is impracticable.  Therefore, the Chief Judge of the Central District of California has suggested that this motion be decided by the judicial officer to whom these cases are assigned.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2406-CAS(JCx) | Date | September 12, 2012 |
|---|---|---|---|
| Title | KRISHNA REDDY V. WEBMEDX, INC. ET. AL. | | |

to transfer the case to the Northern District of California; all motions were filed on August 27, 2012.

28 U.S.C. § 455(a) provides in relevant part: "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(b) lists a number of circumstances in which a "justice, judge, or magistrate judge" shall "disqualify himself," none of which applies here. Under both recusal statutes, the standard for disqualification is "whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." United States v. Hernandez, 109 F.3d 1450, 1453 (9th Cir. 1997). To require recusal, a judge's partiality must usually be shown to be based on information obtained outside the judicial process, or based upon a predisposition developed outside the judicial process. Liteky v. United States, 510 U.S. 540, 553-54 (1994).

As set forth in the Court's previous order, plaintiff has been declared a vexatious litigant by a June 18, 2003 order. Dkt. # 121 (July 27, 2012). This vexatious litigant order has been upheld by the Ninth Circuit. Id. Plaintiff argues that every judge except Judge Phillips should be disqualified because they are "beneficiaries" of the vexatious litigant order entered against her. However, the entry of a vexatious litigant order against plaintiff does not provide grounds for disqualifying a judge pursuant to 28 U.S.C. § 455 or any other statute. Additionally, plaintiff has provided no grounds for vacating prior rulings or judgments in this case, nor has plaintiff set forth any reason to transfer the case to the Northern District of California.

## II.   CONCLUSION

Therefore, plaintiff's motions are DENIED.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |